UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:21-cv-00493-TPB-CPT

KATHRYN SWIGGUM, *individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

EAN SERVICES, LLC

      Defendant.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff hereby gives notice of the following supplemental authority in support of her Opposition to Defendant's Motion to Dismiss, [DE 20]: *Swiggum v. Beall's Inc.,* Case No. 2021CA000168 (Fla. 12th Cir. Ct. 2021) (denying motion to dismiss FSCA claim alleging use of "session replay" spyware and rejecting the defendant's arguments that: (i) the contents of Plaintiff's electronic communications were not intercepted; (ii) any electronic communications were not intercepted using an electronic, mechanical, or other device; (iii) any interception did not occur contemporaneously with transmission; (iv) Plaintiff had no reasonable expectation of privacy when visiting Defendant's website; and (v) Plaintiff consented as a result of a privacy policy found in a hyperlink on the website).  A copy of order and hearing transcript outlining the court's holding are attached as **Exhibit A.**

Date: June 11, 2021

                                              Respectfully submitted,

By: **HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
mhiraldo@hiraldolaw.com
Telephone: 954-400-4713

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

**EDELSBERG LAW, PA**
Scott Edelsberg, Esq.
Florida Bar No. 100537
scott@edelsberglaw.com
Christopher Gold, Esq.
Florida Bar No. 88733
chris@edelsberglaw.com
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff and Proposed Class*